United States District Court
Southern District of Texas
**ENTERED**
August 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| URVASHI NAVIN DESAI, *et al.*, § § § Plaintiffs, § § VS. § CIVIL ACTION NO. 4:21-CV-03497 § MERRICK GARLAND, *et al.*, § § § Defendants. § | |

## ORDER

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on July 26, 2022 (Doc. #31), Defendants' Objections (Doc. #32), Plaintiffs' Objections (Doc. #33), and Defendants' Response (Doc. #34). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

Accordingly, Defendants' Motion to Dismiss (Docs. #13) is hereby GRANTED, Defendants' Motion for Leave to File Supplemental Response (Doc. #25) is hereby DENIED as moot, and Defendants' Motion to Strike (Doc. #17) and Motion to Reurge (Doc. #27) are hereby DENIED. This case is DISMISSED without prejudice to Plaintiffs refiling their claims if the removal proceedings are dismissed or otherwise resolved in their favor.

It is so ORDERED.

AUG 3 1 2022
Date

The Honorable Alfred H. Bennett
United States District Judge